# Court of Appeals
# of the State of Georgia

ATLANTA,      April 07, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1218. BARNELL MURRAH v. SOUTHCREST BANK f/k/a FIRST NATIONAL BANK OF POLK COUNTY.

This case began as a dispossessory proceeding in magistrate court. Following an entry of default judgment, defendant Barnell Murrah appealed to the superior court. On December 9, 2015, the superior court dismissed Murrah's appeal. On January 11, 2016, Murrah filed this direct appeal. We, however, lack jurisdiction for at least two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Second, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Murrah filed this appeal 33 days after entry of the order he wishes to appeal. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,      04/07/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.